**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Ste 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.
Sha Li, and Tai Huang Chen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4,<br><br>Plaintiff,<br>vs.<br><br>VENTANA CANYON HOMEOWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; LIQUN HOLDINGS LIMITED; SHA LI, an individual: TAI HUANG CHEN, an individual,<br><br>Defendants. | Case No.: 2:16-cv-00584-GMN-PAL |

**STIPULATION AND ORDER TO EXTEND DISCOVERY**

IT IS HEREBY STIPULATED by and between Defendant Premier One Holdings, Inc ("Premier One"), Defendant Sha Li ("Sha Li"), Defendant Tai Huan Chen ("Tai Huan Chen"), Plaintiff Deutsche Bank National Trust Company, as Trustee Under the

Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4, ("Deutsche Bank")1 and Defendant Ventana Canyon Homeowners Association ("Ventana HOA") (referred to collectively as the parties) by and through their respective counsel to extend deadlines by 90 days from now, up to and including, May 8, 2018, to allow the parties to complete necessary discovery.

**A. REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

A scheduling order may be modified upon a showing of good cause and with the court's consent. Fed. R. Civ. P. 16(b)(4); LR 26-4.  Good cause may be found if the parties can show they could not comply with the schedule due to the matter that could not been reasonably foreseen at the time of the issuance of the scheduling order. *See Kuschner v. Nationstar Credit, Inc.*, 256 F.R.D. 684, 687 (E.D. Cal. 2009).  Inadequate time remains in the scheduling order to complete all discovery for this litigation.

The timelines previously proposed by the parties due to the administrative stay have proven inadequate to conduct full discovery. *See* ECF 45. Specifically, counsel has encountered scheduling difficulties with respect to the depositions of the Rule 30(b)(6) witnesses for Premier One Holdings and NAS.

Additionally, Ventana HOA has recently noticed depositions for the Rule 30(b)(6) witness for Deutsche Bank, Mr. Rock Jung, and Mr. Matt Lubawy which are scheduled to occur shortly before the currently scheduled end of discovery. Parties will

---

1 Consistent with ECF 45, Deutsche Bank's consent to this stipulation shall not be construed as waiving any right to request that discovery be stayed or to seek summary judgment prior to the end of discovery.

need additional time to conduct discovery based on the information learned from those depositions. An extension shall also provide additional time to attempt settlement negotiations in this matter. Accordingly, there is good cause to permit additional time for discovery here.

**B. PROPOSED SCHEDULE FOR COMLETING DISCOVERY**

1. **Discovery Cut Off Date.** The parties request the discovery be extended until Monday, May 8, 2018 (current deadline February 28, 2018).

2. **Expert Deadlines.** The prior deadline to make initial expert disclosures expired August 22, 2016. As previously agreed, this deadline shall not be extended. *See* ECF 45.

3. **Rebuttal Expert Deadlines.** the prior deadline to make initial expert disclosures expired September 21, 2016. As previously agreed, this deadline shall not be extended. *See* ECF 45.

4. **Dispositive Motion Deadline.** The parties propose June 7, 2018 as the new dispositive motions deadline, thirty days after the close of discovery.

5. **Pre-trial Order.** The parties propose that the date for filing of the joint pretrial order shall not be later than July 7, 2018, thirty days after the date set for filing dispositive motions. If dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or until further order of this Court. The parties shall include the disclosures required pursuant to Fed. R. Civ. P. 26(a)(3), and any objections thereto, within the pretrial order.

231 Oxford Cloth

## C. CONCLUSION

For the reasons outlines above, the parties respectfully request the Court enter an order resetting the discovery deadlines and dispositive motion deadline as set forth.

| DATED: February 7, 2018 | DATED: February 8, 2018 |
|---|---|
| By: */s/ Timothy A. Wiseman*<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY A. WISEMAN, ESQ.<br>Nevada Bar No. 13786<br>MORRIS LAW CENTER<br>540 W. Sahara Ave, Suite 330,<br>Las Vegas, NV 89146<br>*Attorneys for Sha Li, Tai Huan Chen and Premier One Holdings* | By: */s/ David T. Gluth*<br>DAVID T. GLUTH, ESQ.<br>Nevada Bar No 10596<br>PHIL WEN-SHENG SU, ESQ.<br>Nevada Bar No. 10450<br>GORDON REES SCULLY MANSUKHANI LLP<br>300 S. Fourth St. Suite 1550<br>Las Vegas, Nevada 89101<br>*Attorneys for Ventana Homeowners Association, Inc.* |
| DATED: February 7, 2018 | DATED: February 7, 2018 |
| By: */s/ Jamie K. Combs*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No.8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Deutsche Bank National Trust Company* | By: */s/ Brandon Wood*<br>BANDON WOOD, ESQ.<br>Nevada Bar No. 12900<br>6224 West Desert Inn Road<br>Las Vegas Nevada 89146<br>*Attorneys for Nevada Association Services, Inc.* |

**ORDER**

IT IS SO ORDERED:

Dated February 9, 2018

_____
UNITED STATES MAGISTRATE JUDGE

231 Oxford Cloth