**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ
Nevada Bar No. 13786
Tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, Nevada 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.*
*Sha Li, and Tai Huang Chen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4;<br><br>Plaintiff,<br>vs.<br><br>VENTANA CANYON HOMEOWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; LIQUN HOLDINGS LIMITED; SHA LI, an individual; TAI HUANG CHEN, an individual,<br><br>Defendants. | Case No.:  2:16-cv-00584-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSOTIONS TO MOTIONS FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through

1

231 Oxford Cloth

1  Certificates, Series 2006-4, by and through their counsel of record Melanie D. Morgan,
2  Esq. and Jamie K. Combs, Esq. of Akerman, LLP, Defendant, Ventana Canyon
3  Homeowners Association, Inc., by and through their counsel of record, Robert S. Larsen,
4  Esq. and David T. Gluth, II, Esq. of Gordon & Rees LLP, and by Defendants, Premier
5  One Holdings, Inc., Shal Li, and Tai Huang Chen, by and through their counsel of
6  Record, Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq. of Morris Law Center;
7  subject to the Court's approval, that all parties shall have until October 4, 2018 to file
8  Oppositions or other responses to the Motions for Summary Judgment which have been
9  submitted in this case. [Docs. 52, 53, 55]

10  This is the first request to extend time for these documents. It is not intended for
11  the purposes of delay, but to accommodate the settlement conference which is
12  scheduled for September 20, 2018. [Doc. 57]. This extension will conserve attorney's fees
13  in the event that the settlement conference results in a successful settlement.

Dated: June 25, 2018                               Dated: June 25, 2018

By: */s/ Melanie D. Morgan*                        By: */s/ Timothy A. Wiseman*
AKERMAN LLP                                        MORRIS LAW CENTER
Melanie D. Morgan, Esq.                            Sarah A. Morris, Esq.
Nevada Bar No. 8215                                Nevada Bar No. 8461
Jamie K. Combs, Esq.                               Timothy A. Wiseman, Esq.
Nevada Bar No. 13088                               Nevada Bar No.13786
*Attorneys for Deutsche Bank*                      *Attorneys for Premier One Holdings,*
                                                   *Inc., Sha Li, and Tai Huang Chen*

. . .

. . .

. . .

231 Oxford Cloth

| | |
|---|---|
| Dated: June 25, 2018 | Dated: June 25, 2018 |
| By: */s/Robert Larsen* | By: */s/ Brandon Wood* |
| GORDON & REES LLP | NEVADA ASSOCIATION SERVICES |
| Robert S. Larsen, Esq. | Brandon Wood, Esq. |
| Nevada Bar No. 7785 | 6224 West Desert Inn Road |
| David T. Gluth, II, Esq. | Las Vegas, Nevada 89146 |
| Nevada Bar No. 10596 | *Attorney for Nevada Association Services, Inc* |
| *Attorneys for Ventana Canyon Homeowners Association, Inc.* | |

### ORDER

**IT IS HEREBY ORDERED** that the all parties shall have until October 4, 2018 to submit Oppositions to the Motions for Summary Judgment.

**IT IS SO ORDERED.**

DATED this __30__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

231 Oxford Cloth